**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **SOUTHERN PIONEER PROPERTY** <br> **& CASUALTY INSURANCE COMPANY** | **PLAINTIFF** |
| v.      Case No. 3:21-mc-00001 KGB | |
| **CENTENNIAL BANK** | **DEFENDANT** |
| **SIMEON PENTON** | **RESPONDENT** |

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker on May 12, 2021. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for defendant Centennial Bank, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 9th day of June, 2021.

                                                       AT THE DIRECTION OF THE COURT
                                                       JAMES W. McCORMACK, CLERK

                                                       BY: Tracy M. Washington
                                                           Courtroom Deputy to United States
                                                           District Judge Kristine G. Baker