IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SOUTHERN PIONEER PROPERTY**
**& CASUALTY INSURANCE COMPANY**             **MOVANT**

v.             NO. 3:21-mc-1-JM

**CENTENNIAL BANK**             **RESPONDENT**

ORDER

Having been advised by the parties that this matter has been resolved between them, this case is closed. The Clerk is directed to terminate all pending motions.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE